**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1148**

LINDA GROOMS, Administratrix of the Estate of John Grooms, Sr., deceased,

        Plaintiff - Appellant,

    v.

HUNTER HOLMES MCGUIRE VETERANS ADMINISTRATION MEDICAL CENTER; COLUMBIA/HCA JOHN RANDOLPH, INC.; VAN GO, INC.,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:14-cv-00849-JAG)

Submitted: August 23, 2016      Decided: August 31, 2016

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Linda Grooms, Appellant Pro Se. Margaret Harker, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia; Tracy Taylor Hague, LECLAIR RYAN, PC, Richmond, Virginia; Janeen Beth Koch, KALBAUGH, PFUND & MESSERSMITH, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linda Grooms appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Grooms v. Hunter Holmes McGuire Veterans Admin. Med. Ctr., No. 3:14-cv-00849-JAG (E.D. Va. Jan. 11, 2016); see also Va. Code Ann. § 8.01-20.1 (2015). We deny Grooms' motions to amend caption and to appoint counsel as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED